# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-po-00050-SAB |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| ELOIZA ESTRADA, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Driving a Motor Vehicle Without a Valid Driver's License or Endorsement, in violation of 36 C.F.R. §4.2; CA Vehicle Code § 12500

**Sentence Date:** September 17, 2020

**Review Hearing Date:** September 16, 2021

**Probation Expires On:** September 16, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $610 which Total Amount is made up of a Fine: $ 600 Special Assessment: $ 10   Processing Fee: $ 0 Restitution: $ 0

☒ Payment schedule of $ 60 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

May 12, 2021, arrest, Kings County S.O. (Hanford),
bench warrant for FTA, driving with suspended license for DUI, dispo unknown.

☐ To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                        Amount:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED:  9/10/2021               */s/ Jeffrey Spivak*
                                JEFFREY SPIVAK
                                Assistant United States Attorney
                                Attorney for Plaintiff

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at    Choose an item.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED:  9/10/2021               */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐    GRANTED. The Court orders that Choose an item.

☒    DENIED.

IT IS SO ORDERED.

Dated: **September 13, 2021**

_____
UNITED STATES MAGISTRATE JUDGE