HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ELOIZA ESTRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-po-00050-SAB |
| Plaintiff, | **STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS; ORDER** |
| vs. | |
| ELOIZA ESTRADA | Judge: Hon. Stanley A. Boone |
| Defendant. | |

On September 17, 2020, Ms. Estrada entered a plea to an information. September 17, 2020 Minutes. She was placed on two years of unsupervised probation. *Id*. Amongst the conditions of her probation was that she appear at a review hearing on September 16, 2021 and that she pay a $610 fine. Id. On October 4, 2021, a probation violation petition was filed alleging that Ms. Estrada failed to satisfy those conditions. ECF Dckt. # 27. Ms. Estrada made an initial appearance – in custody – on the violation petition on March 5, 2024. ECF Dckt. # 31. Ms. Estrada was released from jail and status conference was set on March 7, 2024. *Id*. Ms. Estrada was released on conditions. *Id*. Amongst those conditions was one specifying that "The defendant must remain in the residence of the third-party custodian until the next court date and not leave the residence until her court appearance, unless further order of the Court." ECF Dckt. # 32. At her admission hearing, the release conditions were modified so that Ms. Estrada could participate in her DUI

1  class. Thereafter, Ms. Estrada requested that the court advance her sentencing date so that she
2  could seek work. ECF Dckt # 36. The Court denied the request. ECF Dckt. # 39, p. 2.

3  Since the issuance of that order, defense counsel was informed that Ms. Estrada received a
4  letter from a subcontractor of the Social Security Administration, so that she can undergo a
5  psychological examination to determine her eligibility for disability benefits. Ms. Estrada received
6  the letter scheduling the appointment after she admitted the violation in the petition. Specifically,
7  she received the letter on March 11, 2024. Ms. Estrada was scheduled for a psychological
8  examination at Ewing Diagnostics and Psych Services, in Visalia on Tuesday, April 9th, 2024, at
9  1.p.m.. Counsel for the government has been provided proof of the appointment. To move forward
10 with her disability benefits, Ms. Estrada would like to attend this appointment, however, her
11 release conditions do not allow her to do so.

12 Hence, Ms. Estrada, through counsel, Griffin Estes Assistant Federal Defender, and the
13 United States Attorney Jeffrey Spivak hereby stipulate to modify the condition 7-1 of release so
14 that she may attend her psychological examination on April 9th, 2024 at 1 p.m., to be accompanied
15 by her 3rd party custodian.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: March 12, 2024         */s/ Jeffery Spivak*
                              JEFFERY SPIVAK
                              Assistant United States Attorney
                              Attorney for Plaintiff


Dated: March 12, 2024         HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Griffin Estes*
                              GRIFFIN ESTES
                              Assistant Federal Defender
                              Attorney for Defendant
                              ELOIZA ESTRADA

**O R D E R**

**GOOD CAUSE APPEARING**, Condition 7(1) is hereby modified to say:

The defendant must remain in the residence of the third-party custodian until the next court date and not leave the residence until her court appearance, unless further order of the Court. She may, however, leave her residence accompanied by her 3rd party custodian to any Court ordered events, such as attending court proceedings and/or attending DUI courses. Moreover, she may attend her psychological examination in Visalia on April 9, 2024 at 1 p.m. When attending these events the defendant shall go to and from those events, attend the events and immediately return to her residence without any other stopping.

IT IS SO ORDERED.

Dated:   **March 12, 2024**

UNITED STATES MAGISTRATE JUDGE